No. 82–5394.  BRIONES-GARZA v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 82–5396.  HARPER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1798.  LARRY V. MUKO, INC. v. SOUTHWESTERN PENNSYLVANIA BUILDING & CONSTRUCTION TRADES COUN-CIL ET AL.  C. A. 3d Cir.  Motions of Center on National Labor Policy and Associated Builders & Contractors, Inc., for leave to file briefs as amici curiae granted.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 81–1852.  MONTANA ET AL. v. CROW TRIBE OF INDI-ANS.  C. A. 9th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 81–6966.  STOICA v. STEWART ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 82–61.  SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, MISSOURI, ET AL. v. MIENER, BY AND THROUGH HER NEXT FRIEND AND PARENT, MIENER, ET AL.  C. A. 8th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 82–5148.  WILLIAMS v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.  JUSTICE WHITE would grant cer-tiorari.